UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HARLEY HREJN,
a/k/a Drew Rayne
a/k/a David Tennant,
D.O.C. # 983295,
    Plaintiff,

vs.                                        Case No.:  4:25cv224-MCR-MAF

RICKY DIXON, et al.,
    Defendants.
_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation on May 13, 2025. (ECF No. 5). The Court furnished the Plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The Magistrate Judge's Report and Recommendation (ECF No. 7) is adopted and incorporated by reference in this Order.

2. The motion to proceed in forma pauperis (ECF No. 2) is **DENIED**.

3. This case is **DISMISSED without prejudice** pursuant to 28 U.S.C § 1915(g).

4. The Clerk of Court is directed to terminate all pending motions, enter judgment stating, "This case is dismissed without prejudice pursuant to 28 U.S.C § 1915(g)" and close this case file. **DONE AND ORDERED** this 22nd day of July 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**